STATE of Missouri, Respondent,

v.

Thomas DULLEY, Appellant.

No. WD 48960.

Missouri Court of Appeals, Western District.

July 11, 1995.

---

Scott W. Turner, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and SMART and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Thomas Dulley appeals his convictions of sale of a controlled substance in violation of section 195.211, RSMo Supp.1993, and trafficking in the second degree in violation of section 195.223, RSMo Supp.1993. Mr. Dulley contends on appeal that the trial court erred by not allowing him to introduce evidence to impeach the testimony of a state's witness regarding a subsequent narcotics-related arrest of Mr. Dulley. The testimony was elicited by defense counsel on cross-examination.

The trial court did not err in excluding the testimony offered to impeach the state's witness on a collateral matter. In addition, the testimony failed to impeach the state's witness.

Judgment affirmed. Rule 30.25(b).